UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-10470-RWZ

NEW ENGLAND CARPENTERS CENTRAL COLLECTION AGENCY, *et al.*

v.

WATCH CITY DOOR SPECIALISTS, LLC, *et al.*

ORDER

March 13, 2019

.

ZOBEL, S.D.J.

In November 2018, plaintiffs requested entry of a $121,748.30 default judgment for the defendants' alleged failure to pay employee benefit contributions pursuant to collective bargaining agreements. Docket # 10. Because the affidavit accompanying the motion for default judgment lacked sufficient evidence to support the requested default sums, the court initiated a telephone conference with plaintiffs' counsel to request evidentiary grounding for the desired judgment. Docket # 11. On March 4, 2019, plaintiffs submitted a letter response. Docket # 12. Far from providing evidence sufficient to permit the entry of judgment, the letter is simply a regurgitation of the earlier-submitted breakdown of the claim. See Docket # 10-1 (Affidavit of Damages and Taxable Costs). The court still does not know the requirements of the parties' agreements nor plaintiffs' calculations of contributions, interest and other sums that defendants allegedly owe. Accordingly, plaintiffs' Motion for Entry of Default Judgment

1

(Docket # 10) is DENIED.[1]

    March 13, 2019                                        /s/Rya W. Zobel

DATE                                                   RYA W. ZOBEL
                                                          SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court also notes that defendant Watch City Door Specialists, LLC was not properly served within 90 days of plaintiffs' filing the complaint. Fed. R. Civ. P. 4(m).